IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MIA JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. _____ |
| | ) | |
| PENSKE TRUCK LEASING | ) | |
| CORPORATION and | ) | |
| XYZ ENTITY, | ) | |
| | ) | |
| Defendants. | ) | |

---

## NOTICE OF AND PETITION FOR REMOVAL

---

Exhibit "1"

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __CHATHAM_____ County

| **For Clerk Use Only** | STCV22-00398 |
|---|---|
| **Date Filed** 3/4/2022 _____ | **Case Number** _____ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**
JOHNSON, MIA

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
PENSKE TRUCK LEASING CORPORATION

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
XYZ ENTITY

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** KATHRYN E. SHERRY          **Bar Number** 642399          **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**

- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☒ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

STCV22-00193 _____          _____

**Case Number**          **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____

**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

_____

Version 1.1.18

# In The State Court of Chatham County, Georgia

**133 MONTGOMERY STREET, ROOM 501, SAVANNAH, GA 31401**

www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

STCV22-00398

Counsel or Party Counsel or Party

_____

Mia Johnson
_____
Plaintiff

**Case Number**

**Vs**

Penske Truck Leasing Corporation and

XYZ Entity

_____

Defendant

## CERTIFICATION UNDER RULE 3.2

Pursuant to rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule # __3.2__ of the Eastern Judicial Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the petition-pleading to be specifically assigned to the judge whom the original action was or is assigned.

This __4th__ day of __March__, 20 __22__

_____
Counsel or Party

## OR

Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule # _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that this petition-pleading involves substantially the same parties or substantially the same factual issues as in Case # __STCV22-00__193

__Mia Johnson__                          VS  __Edwin Palomo, et al__
Plaintiff                                      Defendant

Filed in The Eastern Judicial Circuit of Georgia which under Rule 3.2 of the Superior Court rules require the petition-pleading, be specifically assigned to the Judge whom the original action was or is assigned.

_/s/ Kathryn E. Sherry_
_____
Counsel or Party

PRINT

7. Certification under rule 3.2    09-05

# In The State Court of Chatham County

### 133 Montgomery Street, Room 501, Savannah, GA 31401

www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

STCV22-00398

**MIA JOHNSON**

Plaintiff

**Case Number**

_____

**Vs**

**PENSKE TRUCK LEASING CORPORATION and XYZ ENTITY**

Defendant

Address of Defendant

C/O CORPORATION SERVICE COMPANY, RA
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: PENSKE TRUCK LEASING CORPORATION

Defendant's Address 2 Sun Court, Suite 400 Peachtree Corners, Georgia 30092

**You are hereby summoned and required to efile** (https://georgia.tylerhost.net/ofsweb/) with the Clerk of said

Court and serve upon Plaintiff's Attorney, whose name and address is:

Kathryn E. Sherry
The Eichholz Law Firm
319 Eisenhower Drive
Savannah, GA 31406

**an answer to the complaint which is herewith served upon you, within 30 days after service** of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

/s/ Larry Perkins

*Brian K. Hart*

***CLERK OF COURT***
***State Court of Chatham County***

Not valid until
signed and sealed
by a Deputy Court
Clerk

_____

Deputy Clerk, State Court of Chatham County

PRINT

27. Summons 03-24-2021

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

MIA JOHNSON, )
)
        Plaintiff, )      STCV22-00398
)
vs. )  Civil Action No. _____
)
PENSKE TRUCK LEASING )
CORPORATION and )
XYZ ENTITY, )
)
        Defendants. )

---

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

---

COMES NOW Plaintiff Mia Johnson (hereinafter "Plaintiff") and states her complaint against Defendant Penske Truck Leasing Corporation as follows:

<u>PARTIES, JURISDICTION, VENUE AND SERVICE OF PROCESS</u>

1.

Plaintiff Mia Johnson (hereinafter "Plaintiff") is a citizen and resident of Georgia. By bringing this action, Plaintiff subjects herself to the jurisdiction and venue of this honorable Court.

2.

Defendant Penske Truck Leasing Corporation (hereinafter "Defendant") is a foreign profit corporation authorized to transact business in Georgia. Service of process may be had upon Defendant by serving its registered agent at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092. Defendant is subject to the jurisdiction of this honorable Court.

3.

The true name and capacity of the Defendant named herein as XYZ Entity is unknown to Plaintiff. Therefore, Plaintiff sues this Defendant by a fictitious name. Plaintiff will amend her Complaint to show the true name of this Defendant when its name has been ascertained. Plaintiff alleges upon information and belief that this Defendant may in some manner be responsible for the acts or omissions alleged herein, and that they may in some manner be liable to Plaintiff for injuries and damages resulting from those acts or omissions.

4.

The State Court of Chatham County is the proper venue for this action.

5.

The State Court of Chatham County has jurisdiction over the subject matter of this action.

SUBSTANTIVE FACTS

6.

Paragraphs 1 through 5 above are incorporated by reference as if set forth fully herein.

7.

On or about March 8, 2020, Edwin Palomo (hereinafter "Palomo") was operating a 2019 International truck eastbound on Georgia Highway 204.

8.

The 2019 International truck driven by Palomo was owned by and rented from Defendant Penske.

9.

On or about March 8, 2020, Donntrai Plaines (hereinafter "Plaines") was driving a 2012 Nissan Maxima traveling westbound in the left lane of Georgia Highway 204 in Chatham County, Georgia. Plaintiff was a passenger in the vehicle driven by Plaines.

10.

On or about March 8, 2020, Steven Festa (hereinafter "Festa") was a driver operating a 2014 Mercedes Benz CLA 250 westbound in the right lane of Georgia Highway 204 in front of Plaines in Chatham County, Georgia.

11.

On or about March 8, 2020, Palomo performed an incomplete U-turn from the eastbound side of Georgia Highway 204 onto the westbound side, which left the rear portion of the 2019 International truck extended into the right lane of westbound traffic. Festa swerved from the right lane into the left lane in front of Plaines, presumably to avoid striking Palomo. Plaines' vehicle collided with Festa's vehicle when he swerved in front the vehicle driven by Plaines in which Plaintiff was a passenger.

12.

As a result of this collision, Plaintiff Mia Johnson suffered multiple severe injuries.

<u>COUNT I</u>:
NEGLIGENCE OF DEFENDANT

13.

Paragraphs 1 through 12 above are incorporated by reference as if set forth fully herein.

14.

Defendant negligently entrusted the 2019 International truck to Defendant Edwin Palomo when it knew or reasonably should have known that Defendant Palomo was incompetent or unfit to perform the duties given to the driver by the company.

15.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant, Plaintiff has suffered significant injuries, medical expenses, and damages. These damages include emotional distress, personal inconvenience, mental and physical pain and suffering, loss of enjoyment of life, due to the violence of the collision and injuries to the Plaintiff's body and nervous system, plus an inability to lead a normal life. As a result of the subject collision, Plaintiff has incurred more than $115,177.45 in past medical expenses.

COUNT II
DAMAGES

16.

Paragraphs 1 through 32 above are incorporated by reference as if set forth fully herein.

17.

As a direct and proximate result of the negligence and negligence per se of Defendants, Plaintiff suffered mental and physical injuries requiring medical treatment, as well as other damages.

18.

As a direct and proximate result of the negligence and negligence per se of Defendants, Plaintiff claims general damages against Defendants for all elements of pain and suffering and physical and mental injury, including shock and fright, endured by Plaintiff in an amount to be determined by the enlightened conscience of the jury after hearing the evidence at trial. Plaintiff

has suffered mental and physical injuries requiring medical treatment and will continue to suffer the following:

    (a)    Past, present and future physical and mental pain and suffering;

    (b)    Past, present and future loss of enjoyment of life;

    (c)    Past, present and future loss of earnings and income; and

    (d)    Past, present and future loss of ability to labor and earn money, as well as other damages.

### 19.

Plaintiff claims special damages against Defendant for any medical expenses, including future medical expenses as established by the evidence at trial.

### 20.

As a direct and proximate result of the negligence of Defendant, Plaintiff is entitled to recover all special damages in an amount to be proved at trial. Currently, Plaintiff has incurred more than $115,177.45 in past medical expenses. Plaintiff will amend her Complaint if and when additional bills are incurred.

### 21.

As a direct and proximate result of the negligence of Defendant, Plaintiff is entitled to recover general damages including but not limited to Plaintiff's mental and physical pain and suffering, and loss of capacity to enjoy life, past, present, and future.

### 22.

Defendant has acted in bad faith, been stubbornly litigious, or have caused Plaintiff unnecessary troubles or expenses. Plaintiff is therefore entitled recover the expenses of litigation, including but not limited to attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff Mia Johnson prays that this honorable Court find Defendant Penske Truck Leasing Corporation liable and for the following relief:

a)      That Summons and Process issue and that the named Defendant be served with a copy of this Complaint and that Defendant be required to appear and answer;

b)      That Plaintiff be awarded compensatory damages against Defendant in such an amount as may be shown by the evidence and as may be determined in the enlightened conscience of the jury;

c)      That Plaintiff be awarded medical damages in an amount as may be shown by the evidence and proven at trial;

d)      That Plaintiff be awarded damages for mental and physical pain and suffering in an amount to be determined at trial;

e)      That Plaintiff be awarded general and special damages in an amount as may be shown by the evidence and proven at trial;

f)      That Plaintiff be awarded punitive damages against Defendant;

g)      That Plaintiff be awarded interest at the legal rate on any judgment ultimately rendered;

h)      Recovery of all expenses of litigation, including reasonable attorney's fees;

i)      That Plaintiff be granted a jury trial; and

j)      That Plaintiff be granted such other and further relief as may be shown by the evidence and the law, and as this Court may deem just and appropriate.

This 4th day of March, 2022.

THE EICHHOLZ LAW FIRM, P.C.

*/s/ Kathryn E. Sherry*
KATHRYN E. SHERRY
Georgia State Bar No. 642399
DAVID S. EICHHOLZ
Georgia State Bar No. 502134
Attorneys for Plaintiff

319 Eisenhower Drive
Savannah, GA  31406
(912) 232-2791 *(phone)*
(912) 629-2560 *(facsimile)*
ksherry@thejusticelawyer.com

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

MIA JOHNSON,                          )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )          Civil Action No. STCV22-00398
                                      )
PENSKE TRUCK LEASING                  )
CORPORATION and                       )
XYZ ENTITY,                           )
                                      )
            Defendants.               )

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the Summons and Complaint in this matter

by U.S. first-class mail to the Gwinnett County Sheriff's Office for service upon:

> Penske Truck Leasing Corporation
> c/o Corporation Service Company, RA
> 2 Sun Court, Suite 400
> Peachtree Corners, GA 30092

This 21st day of March, 2022.

THE EICHHOLZ LAW FIRM, P.C.

*/s/ Kathryn E. Sherry*
KATHRYN E. SHERRY
Georgia State Bar No. 642399
DAVID S. EICHHOLZ
Georgia State Bar No. 502134
Attorneys for Plaintiff

319 Eisenhower Drive
Savannah, GA  31406
(912) 232-2791 (phone)
(912) 629-2560 (fax)
ksherry@thejusticelawyer.com

# *In The State Court of Chatham County*

**133 Montgomery Street, Room 501, Savannah, GA 31401**

www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

**Mia Johnson**

Plaintiff

STCV22-00398

_____

**Case Number**

Vs

**Penske Truck Leasing Corp. & XYZ Entity**

Address of Defendant

Progressive Mountain Insurance Co.
c/o C T Corporation System, RA
289 S. Culver St.
Lawrenceville, GA 30046

Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: Progressive Mountain Insurance Co.
_____

Defendant's Address c/o C T Corporation System, RA 289 S. Culver St., Lawrenceville, GA 30046
_____

**You are hereby summoned and required to efile** (https://georgia.tylerhost.net/ofsweb/) with the Clerk of said

Court and serve upon Plaintiff's Attorney, whose name and address is:

Kathryn E. Sherry
The Eichholz Law Firm
319 Eisenhower Dr.
Savannah, GA 31406

**an answer to the complaint which is herewith served upon you, within 30 days after service** of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

*Brian K. Hart*

**CLERK OF COURT**
**State Court of Chatham County**

/s/ Lynette Clark

_____

Deputy Clerk, State Court of Chatham County

Not valid until
signed and sealed
by a Deputy Court
Clerk

PRINT

27. Summons 03-24-2021

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

MIA JOHNSON,                          )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )      Civil Action No. STCV22-00398
                                      )
PENSKE TRUCK LEASING                  )
CORPORATION and                       )
XYZ ENTITY,                           )
                                      )
            Defendants.               )

---

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the Summons and Complaint in this matter

by U.S. first-class mail to the Gwinnett County Sheriff's Office for service upon:

> Progressive Mountain Insurance Company
> c/o C T Corporation System, RA
> 289 South Culver Street
> Lawrenceville, GA 30046

This 24th day of March, 2022.

THE EICHHOLZ LAW FIRM, P.C.


*/s/ Kathryn E. Sherry*
KATHRYN E. SHERRY
Georgia State Bar No. 642399
DAVID S. EICHHOLZ
Georgia State Bar No. 502134
Attorneys for Plaintiff

319 Eisenhower Drive
Savannah, GA 31406
(912) 232-2791 (phone)
(912) 629-2560 (fax)
ksherry@thejusticelawyer.com

Printed 4/8/2022 11:51:24 AM
By: kmaxiewatson

Case 4:22-cv-00105-RSB-CLR Document 1-1 Filed 04/19/22 Page 15 of 29

Service Count 1 of 1

RECEIVED FOR FILING STATE COURT CLERK CHATHAM CO. 4/6/2022 9:05 AM

Brian A. Hart - Clerk of Court

# Gwinnett County Sheriff's Office

## Cover Sheet



**Sheriff #:**   22010274

**FOREIGN**

**Person Served:**   PROGRESSIVE MOUNTAIN  INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
289 SOUTH CULVER STREET
LAWRENCEVILLE GA 30046
PHONE:

### Process Information:

Date Received:   04/06/2022

Assigned Zone:   289 S. Culver          Court Case #:   STCV22-00398

Expiration Date:                              Hearing Date:

Paper Types:   Summons, COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Notes/Alerts:

### Notes:

_____

_____

_____

_____

_____

_____

_____

Print Form

220 10214

SHERIFF'S ENTRY OF SERVICE

Civil Action No. **STCV22-00398**

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed **March 4, 2022**

Georgia, **CHATHAM** COUNTY

Attorney's Address

**Kathryn E. Sherry**

**The Eichholz Law Firm**

**319 Eisenhower Dr., Savannah, GA 31406**

Name and Address of Party to Served

**Progressive Mountain Insurance Co**

**c/o C T Corp. System, RA**

**289 S. Culver St., Lawrenceville, GA 30046**

**Mia Johnson**

Plaintiff

VS.

**Penske Truck Leasing Corp.**

**XYZ Entity**

Defendant

Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant *Progressive Mtn. Ins. Co.* a corporation
☒ by leaving a copy of the within action and summons with *Jane Richardson (RA)*
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant
☐ not to be found in the jurisdiction of this Court.

This **7** day of **Apr**, 20 **22**

*H. Higgins 30541*

DEPUTY

**CLERK'S COPY**

SHERIFF'S ENTRY OF SERVICE

Civil Action No. _STCV22-00398_____

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed _March 4, 2022_____

Georgia, __CHATHAM____ COUNTY

Attorney's Address

_Kathryn E. Sherry_____

__Mia Johnson_____
Plaintiff

_The Eichholz Law Firm_____

VS.

_319 Eisenhower Dr., Savannah, GA 31406_

Name and Address of Party to Served

_Penske Truck Leasing Corp._____

_Progressive Mountain Insurance Co___

_XYZ Entity_____
Defendant

_c/o C T Corp. System, RA_____

_289 S. Culver St., Lawrenceville, GA 30046_

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**

I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**

☒ Served the defendant _Progressive Mtn. Ins. Co._____ a corporation by leaving a copy of the within action and summons with _Jane Richardson (RA)_____ In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _7_ day of _Apr_, 20 _22_.

_H. Higgins 30541_

DEPUTY

**CLERK'S COPY**

SHERIFF'S ENTRY OF SERVICE

22009273

Civil Action No. STCV22-00193

Date Filed March 4, 2022

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Georgia, Chatham COUNTY

Attorney's Address

Kathryn E. Sherry
319 Eisenhower Dr.
Savannah GA 31406

Mia Johnson
_____ Plaintiff

VS.

Penske Truck Leasing
Corp. & XYZ Entity
_____ Defendant

Name and Address of Party to Served

Penske Truck Leasing Corp.
c/o Corporation Service Co, RA
2 Sun Court, Ste. 400
Peachtree Corners,
GA 30092

_____ Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant Penske Truck Leasing Corp. a corporation
☒ by leaving a copy of the within action and summons with Alisha Smith
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This 30 day of March, 22

Sgt. Collin, SO 500

DEPUTY

RECEIVED FOR FILING STATE COURT CLERK CHATHAM CO. 04/01/2022 1:17 PM

Print Form

22009213

**SHERIFF'S ENTRY OF SERVICE**

Civil Action No. STCV22-00193

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed March 4, 2022

Georgia, Chatham COUNTY

Attorney's Address

Kathryn E. Sherry
319 Eisenhower Dr.
Savannah GA 31406

Mia Johnson
_____ Plaintiff

VS.

Name and Address of Party to Served

Penske Truck Leasing Corp.
c/o Corporation Service Co. RA
2 Sun Court, Ste. 400
Peachtree Corners,
GA 30092

Penske Truck Leasing
Corp. & XYZ Entity
_____ Defendant

_____
_____
_____ Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant Penske Truck Leasing Corp. a corporation
☒ by leaving a copy of the within action and summons with Alisha Smith
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This 30 day of March, 2022

Sgt. Collin, SO 500

DEPUTY

RECEIVED FOR FILING 03/30/2022 STATE COURT CLERK GWINNETT CO. GA 03/30/2022 8:17 AM



# Gwinnett County Sheriff's Office
## Cover Sheet

**FOREIGN**

**Sheriff #:**  22009273

**Person Served:**   PENSKE TRUCK LEASING CORPORATION
2 SUN COURT STE 400
PEACHTREE CORNERS GA 30092
PHONE:

## Process Information:

Date Received:   03/30/2022

Assigned Zone:   2 Sun Court          Court Case #:    STCV22-00193

Expiration Date:                      Hearing Date:

Paper Types:   Summons, COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Notes/Alerts:

## Notes:

_____

_____

_____

_____

_____

_____

_____

FIRST-CLASS MAIL

neopost
03/31/2022
US POSTAGE $000.53

ZIP 30046
041L 12204582

2701000

APR 4 2022

MOLLY
232034

GWINNETT COUNTY
SHERIFF'S OFFICE

75 Langley Drive | Lawrenceville, GA 30046

3140632605 C029

**IN THE STATE COURT OF CHATHAM COUNTY**
**STATE OF GEORGIA**

MIA JOHNSON, )
)
      Plaintiff, )
)
v. )
) **CIVIL ACTION NO. STCV22-00398**
PENSKE TRUCK LEASING CORPORATION )
and XYZ ENTITY, )
)
      Defendants, ) <u>TWELVE PERSON JURY</u>
) <u>TRIAL DEMANDED</u>

**ANSWER AND AFFIRMATIVE DEFENSES OF**
**PENSKE TRUCK LEASING CORPORATION**

COMES NOW PENSKE TRUCK LEASING CORPORATION ("Defendant"),[1] and, by

and through its undersigned counsel, responds to the allegations in Plaintiff's Complaint in order

to assert such defenses as follows:

**<u>FIRST DEFENSE</u>**

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**<u>SECOND DEFENSE</u>**

Defendant is entitled to a set-off of all sums of money received by judgments, settlements

or otherwise by Plaintiff from anyone for the damages allegedly sustained as a result of the incident

described in Plaintiff's Complaint.

---

[1] Plaintiff incorrectly styled the lawsuit against Penske Truck Leasing Corporation. The correct entity is Penske Truck Leasing Co., LP. Each of these companies has the same address for its registered agent in Georgia. Penske Truck Leasing Co. LP owned and maintained the rented vehicle and held the rental contract with the customer at issue. Defendant Penske has no affiliation to the loss and agrees to amend the pleadings to reflect the proper party.

RECEIVED FOR FILING IN O.C.G.A. CLERK OF SUPERIOR CO. 3/29/2022 11:54 AM   Brian A. Hart - Clerk of Court

## THIRD DEFENSE

If Plaintiff sustained any injuries or incurred any damages, the same were caused in whole or in part by the acts or omissions of individuals or entities for whose conduct Defendant is not responsible.

## FOURTH DEFENSE

Plaintiff failed to mitigate any alleged damages by the use of ordinary care and diligence for which Defendant is not responsible.

## FIFTH DEFENSE

Any recovery by Plaintiff is barred or must be reduced due to Plaintiff's own contributory or comparative negligence.

## SIXTH DEFENSE

While specifically denying any negligence or fault on its part, in the event that it is determined that Plaintiff is entitled to recover against Defendant, said recovery should be reduced in proportion to the degree or percentage of negligence or fault attributable to Plaintiff, or other persons, entity or nonparty, including any nonparty with whom Plaintiff has settled or may settle with in the future.

## SEVENTH DEFENSE

To the extent as may be shown by the evidence through discovery, Defendant pleads the defenses of assumption of the risk, laches, and waiver, any one or all of which may wholly or in part bar Plaintiff's alleged causes of action in this matter. Defendant therefore reserves the right to plead and prove such other defenses as may become known to it during the course of discovery and investigation.

**EIGHTH DEFENSE**

To the extent shown through discovery, Defendant raises all those affirmative defenses set forth in O.C.G.A. §§ 9-11-8(c) and 9-11-12(b) and none of those defenses are waived. Defendant further explicitly reserves the right to assert such additional affirmative defenses as may become known in the course of discovery and to amend this answer to assert any and all such defenses.

**NINTH DEFENSE**

Plaintiff's claims are pre-empted by the Graves Amendment, 49 U.S.C. § 30106.

**TENTH DEFENSE**

Without waiving the foregoing defenses, Defendant responds to the individually numbered paragraphs of Plaintiff's Complaint as follows:

**PARTIES, JURISDICTION, VENUE AND SERVICE OF PROCESS**

1.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Complaint and, therefore, said allegations stand denied.

2.

In response to the allegations contained in Paragraph 2 of Plaintiff's Complaint, Defendant admits that it is a foreign profit corporation authorized to transact business in the state of Georgia and can be served with process through its registered agent Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092. Defendant denies all the remaining allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of Plaintiff's Complaint and, therefore, said allegations stand denied.

4.

To the extent that Paragraph 4 of Plaintiff's Complaint calls for a legal conclusion, Defendant denies the allegations contained in said paragraph.

5.

To the extent that Paragraph 5 of Plaintiff's Complaint calls for a legal conclusion, Defendant denies the allegations contained in paragraph 5.

## SUBSTANTIVE FACTS

6.

In response to Paragraph 6 of Plaintiff's Complaint, Defendant re-alleges and incorporates herein by reference the responses to paragraphs 1 through 5 above.

7.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 of Plaintiff's Complaint and, therefore, said allegations stand denied.

8.

Defendant denies the allegations contained in Paragraph 8 of Plaintiff's Complaint. By way of further response, the vehicle is owned and maintained by Penske Truck Leasing Co., LP, and it is this limited partnership that holds the rental contract at issue.

4

9.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 of Plaintiff's Complaint and, therefore, said allegations stand denied.

10.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 10 of Plaintiff's Complaint and, therefore, said allegations stand denied.

11.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11 of Plaintiff's Complaint and, therefore, said allegations stand denied.

12.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 12 of Plaintiff's Complaint and, therefore, said allegations stand denied.

## COUNT I:

## NEGLIGENCE OF DEFENDANT

13.

In response to Paragraph 13 of Plaintiff's Complaint, Defendant re-alleges and incorporates herein by reference the responses to paragraphs 1 through 12 above.

14.

Defendant denies the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15.

Defendant denies the allegations contained in Paragraph 15 of Plaintiff's Complaint.

## **COUNT II**

## **DAMAGES**

16.

In response to Paragraph 16 of Plaintiff's Complaint, Defendant re-alleges and incorporates herein by reference the responses to paragraphs 1 through 15 above.  To the extent Plaintiff attempts to incorporate paragraphs 1 through 32 into said paragraph as if set forth fully herein, said responses to those paragraphs, to the extent said paragraphs are in the Complaint, are incorporated herein.

17.

Defendant denies the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18.

Defendant denies the allegations contained in Paragraph 18 of Plaintiff's Complaint, along with all of its subparts.

19.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19 of Plaintiff's Complaint and, therefore, said allegations stand denied.

20.

Defendant denies the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21.

Defendant denies the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22.

Defendant denies the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23.

To the extent any allegation is not expressly admitted, the same is deemed denied.

24.

To the extent Plaintiff's Prayer for Relief requires a response, the same is denied.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant PENSKE TRUCK LEASING CORPORATION respectfully prays for judgment as follows:

a.    That judgment be entered in favor of Defendant;

b.    That Plaintiff have and recover nothing from Defendant;

c.    That the Complaint against Defendant be dismissed with prejudice;

d.    That all costs of defending this action be taxed against Plaintiff; and

e.    For such other relief as this Court may deem just, equitable, and proper.

Respectfully submitted This 19th day of April 2022.

BOUHAN FALLIGANT LLP

/s/ Dennis B. Keene
Dennis Keene
Georgia Bar No. 410801
John D. Harvey
Georgia Bar No. 335502
Gregory L. Finch
Georgia Bar No. 967160
Gary J. McGinty
Georgia Bar No. 602353

Post Office Box 2139
Savannah, Georgia 31402
Telephone: (912) 232-7000
Telefax: (912) 233-0811
Email: dkeene@bouhan.com
        jdharvey@bouhan.com
        glfinch@bouhan.com
        gmcginty@bouhan.com

*Attorneys for Defendant Penske Truck Leasing Corporation*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day caused to have served a true and correct copy of the above and foregoing ANSWER TO PLAINTIFF'S COMPLAINT, via the Court's electronic filing service to:

Kathryn E. Sherry
David S. Eichholz
The Eichholz Law Firm, P.C.
319 Eisenhower Drive
Savannah, GA 31406
ksherry@thejusticelawyer.com
david@thejusticelawyer.com

This 19th day of April, 2022.

BOUHAN FALLIGANT LLP

*/s/ Dennis B. Keene*
Dennis B. Keene
Georgia State Bar No. 410801
John D. Harvey
Georgia State Bar No. 335502
Gregory L. Finch
Georgia State Bar No. 967160
Gary J. McGinty
Georgia State Bar No. 602353

Post Office Box 2139
Savannah, Georgia
(912) 232-7000 (voice)
(912) 233-0811 (facsimile)
dkeene@bouhan.com
jdharvey@bouhan.com
glfinch@bouhan.com
gmcginty@bouhan.com

*Attorneys for Defendant Penske Truck Leasing Corporation*

8