UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MIA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV422-105 |
| | ) | |
| PENSKE TRUCK LEASING | ) | |
| CORPORATION, XYZ ENTITY, | ) | |
| and PROGRESSIVE MOUNTAIN | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case arising from an automobile collision was removed from the State Court of Chatham County. *See generally* doc. 1 (Notice of and Petition for Removal); doc. 1-1 at 5-12 (Complaint). Uninsured Motorist Carrier Progressive Mountain Insurance Company has filed a request for an extension of time to respond to Plaintiff Mia Johnson's Complaint, to which Plaintiff consents. Doc. 9 at 1. The parties' filings, however, call into question the Court's jurisdiction over this case. Accordingly, they are **DIRECTED** to confer and propose dates and times for a video status

conference with the Court.[1]  They must send the proposed dates and times to the undersigned's Courtroom Deputy Clerk via email (Molly_Davenport@gas.uscourts.gov) no later than 11:00 A.M. on May 10, 2022.  The parties must propose at least three specific conference times between May 11, 2022 at 9:00 A.M. and May 13, 2022 at 4:00 P.M.  All deadlines in this case are **STAYED** (including any deadlines to respond to the Complaint) pending further instructions from the Court following the status conference.

    **SO ORDERED**, this 6th day of May, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant Penske Truck Leasing Corporation ("Penske") and Plaintiff filed a Notice of Settlement indicating that "the parties . . . have reached a settlement[,] . . . [and] anticipate filing a Stipulation of Dismissal in the next fourteen (14) days."  Doc. 7 at 1.  Both Plaintiff and Penske must still attend the status conference.