UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MIA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV422-105 |
| | ) |
| PENSKE TRUCK LEASING | ) |
| CORPORATION, XYZ ENTITY, | ) |
| and PROGRESSIVE MOUNTAIN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Mia Johnson and Defendant Penske Truck Leasing Corporation ("Penske") filed a Notice of Settlement indicating that "the parties have successfully compromised this case and have reached a settlement." Doc. 7 at 1. Uninsured Motorist Carrier Progressive Mountain Insurance Company ("Progressive") subsequently filed a request for an extension of time to respond to the Complaint, to which Plaintiff consents. Doc. 9 at 1. The Court held a status conference with the parties to discuss its jurisdiction over this case. Doc. 10 at 1-2 (Order setting conference); doc. 12 (Minute Entry).

At the conference, Plaintiff clarified that she has settled all of her claims against all parties in this case, and that she anticipates filing a stipulation of dismissal. Doc. 12. To afford Plaintiff an opportunity to file a stipulation of dismissal, the Court **STAYS** all deadlines in this case until May 25, 2022. If Plaintiff does not file a stipulation of dismissal before the conclusion of the stay, the parties are **DIRECTED** to confer and submit a joint status report updating the Court on the status of their settlement negotiations by May 27, 2022. Finally, the Court will **DEFER** ruling on Progressive's extension request, doc. 9, until the conclusion of the stay, if the case is still pending.

**SO ORDERED**, this 13th day of May, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA