IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MIA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:22-CV-00105-RSB-CLR |
| | ) | |
| PENSKE TRUCK LEASING | ) | |
| CORPORATION and | ) | |
| XYZ ENTITY, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between counsel for Plaintiff and counsel for Defendants that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims against Defendants in the above-styled case shall be dismissed with prejudice, and each party shall bear their own costs.

RESPECTFULLY SUBMITTED this the 24th day of May, 2022.

                                                                    Consented to by:

                                                                    THE EICHHOLZ LAW FIRM, P.C.

                                                                    */s/ Kathryn E. Sherry*
                                                                    KATHRYN E. SHERRY
                                                                    Georgia State Bar No. 642399
                                                                    DAVID S. EICHHOLZ
                                                                    Georgia State Bar No. 502134
                                                                    Attorneys for Plaintiff

319 Eisenhower Drive
Savannah, GA   31406
(912) 232-2791
ksherry@thejusticelawyer.com

                BOUHAN FALLIGANT LLP

                */s/ Gregory L. Finch* (signed with express permission)
GREGORY L. FINCH
Georgia Bar No. 967160
DENNIS KEENE
Georgia Bar No. 410801
JOHN D. HARVEY
Georgia Bar No. 335502
GARY J. MCGINTY
Georgia Bar No. 602353
Attorneys for Defendant Penske Truck Leasing Corporation

Post Office Box 2139
Savannah, Georgia 31402
Telephone: (912) 232-7000
Telefax: (912) 233-0811
Email: glfinch@bouhan.com
       dkeene@bouhan.com
       jdharvey@bouhan.com
       gmcginty@bouhan.com

CERTIFICATE OF SERVICE

    I hereby certify that on this the 24th day of May 2022, I electronically filed the parties' Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Gregory L. Finch, Esquire | Carrie Coleman, Esquire |
| Bouhan Falligant | GowerWooten & Darneille |
| P.O. Box 2139 | 500 Commercial Court, Suite 3 |
| Savannah, Georgia 31402-2139 | Savannah, Georgia 31406 |

THE EICHHOLZ FIRM, P.C.

*/s/ Kathryn E. Sherry*
KATHRYN E. SHERRY
Georgia State Bar No. 642399
DAVID S. EICHHOLZ
Georgia State Bar No. 502134
Attorneys for Plaintiff

319 Eisenhower Drive
Savannah, GA   31406
(912) 232-2791
ksherry@thejusticelawyer.com