IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MIA JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>PENSKE TRUCK LEASING CORPORATION; and XYZ ENTITY,<br><br>    Defendants. | CIVIL ACTION NO.: 4:22-cv-105 |

**O R D E R**

Before the Court is a Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiff and counsel for Defendant Penske Truck Leasing Corporation[1] on May 24, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this action, with each party to bear its own costs. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Clerk of Court is authorized and directed to **TERMINATE** all pending motions and **CLOSE** this case.

**SO ORDERED**, this 27th day of May, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff, in her Complaint, purported to assert claims against "XYZ Entity." (See doc. 1-1, p. 5.) "[F]ictitious-party pleading is not permitted in federal court," Richardson v. Johnson, 598 F.3d 734, 738 (11th Cir. 2010), and Plaintiff has not sufficiently identified the defendant to whom she intended to refer through the use of this fictitious moniker. Additionally, no one has appeared in the case on behalf of any party that might qualify as the defendant that Plaintiff identified as "XYZ Entity." Accordingly, the Court will dismiss Plaintiff's claims against "XYZ Entity." See id.